# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

In the Matter of the Search of

*(Briefly describe the property to be searched*
*or identify the person by name and address)*

Brown cardboard box addressed to ▮▮▮▮▮▮

Case No. MJ 19-0051-B

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Brown cardboard box ▮▮▮▮▮▮

located in the _____Southern_____ District of _____Alabama_____, there is now concealed *(identify the person or describe the property to be seized)*:
A controlled substance.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846 | Conspiracy to possess with intent to distribute controlled substance. |

The application is based on these facts:
See affidavit and attachment A.

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: __03/12/2019__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Matthew McCrary, FBI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: _____02/13/2019_____

_____
*Judge's signature*

City and state: Mobile, Alabama

Honorable Sonja F. Bivins
*Printed name and title*

# AFFIDAVIT

## Introduction and Investigation Background

I, Matthew McCrary, a Special Agent of the Federal Bureau of Investigation, United States Department of Justice, being duly sworn, state as follows:

1.      I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7), Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, currently assigned to the Mobile Alabama Field Office. I have been in law enforcement for approximately 14 years and currently employed by the Federal Bureau of Investigation since on or about October 16, 2005.

3.      During my law enforcement tenure, I have received training and experience in surveillance tactics, interview and interrogation, search and seizure, forfeiture procedures, and criminal interdiction. During the course of my career, I have participated in numerous narcotics investigations, which have led to the arrest and prosecution of persons involved in the illegal trafficking of controlled substances on state and federal levels. I have written and executed numerous search warrants, utilized confidential sources, and initiated seizure of property and U.S. currency that was linked to illegal narcotics activity. I have also participated in the investigations of large-scale drug trafficking organizations. During these investigations, confidential sources, telephone record analysis, seizures, and wire communications intercepts were successfully used to identify leaders, co-conspirators, customers, and supply sources of drug trafficking organizations.

4.      Based on my training and experience, I am familiar with the methods of operation employed by narcotics traffickers operating at the local, statewide and national levels, including those involving the distribution, storage, and transportation of narcotics and the collection of money that constitutes the proceeds of narcotics trafficking activities. I am aware that drug traffickers commonly use cellular telephones in furtherance of their drug trafficking activities and frequently change cellular telephone numbers in an effort to thwart law enforcement's use of electronic surveillance. I am also aware that drug traffickers often speak in vague, guarded, or coded language when discussing their illegal business in an effort to further prevent detection.

## PURPOSE OF THE AFFIDAVIT

5.      This Affidavit is being submitted in support of an Application for a search warrant for the purposes of searching the contents of a brown cardboard box



## BASIS OF INVESTIGATION

2











8





██████████████████████████████

## AUTHORIZATION REQUEST

19.     Based on the foregoing, you affiant believes there is probable cause to believe the

aforementioned package ████████████████████████████████████

████████████████████████████████████████████████████

distribute the illegal narcotics in violation of 21 USC § 846. As such, I request that the Court

issue the proposed search warrant, allowing law enforcement to search the contents of the

aforementioned seized package, further described in Attachment A.


Matthew McCrary
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me,
this the __13th__ day of November, 2018.

HON.  SONJA F. BIVINS
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF ALABAMA

11

**ATTACHEMNT A**



13

